IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL DOERHOFF
ADC #140323                                                          PLAINTIFF

v.                              No. 4:26-cv-74-DPM-JJV

ARKANSAS DEPARTMENT OF
CORRECTIONS;  DEXTER PAYNE,
Director of ADC, in his official capacity;
GARY KERSTEIN, M.D., Turn Key/ADC;
and TRACY BENNETT, N.P.,
Turn Key/ADC                                                        DEFENDANTS

ORDER

On *de novo* review, the Court partly adopts and partly denies the recommendation, *Doc. 21.* Fed R. Civ. P. 72(b)(3). Doerhoff objects to the recommended dismissal of his Americans with Disabilities Act claim. The Court must read his complaint as a whole. *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 594 (8th Cir. 2009). He repeatedly refers to his ulcerative colitis throughout the complaint. *Doc. 1 at ¶¶ 1, 15–18, 22, 24, 28, 33 & 34.* His ADA claim incorporates all the preceding paragraphs. While his opening disability paragraph cites hearing loss and mobility problems, it expands that reference with an "(among other impairment)" parenthetical. *Doc. 1 at ¶ 37.* Then Doerhoff specifically seeks accommodations "necessary to manage frequent bowel movements and rectal bleeding." *Doc. 1 at ¶ 39.* Doerhoff pleaded a

plausible and solid ulcerative colitis ADA claim.  *See, e.g., Hall v. Higgins*, 77 F.4th 1171, 1182 (8th Cir. 2023).  It goes forward.

*

Motion to dismiss, *Doc. 12*, granted in part and denied in part. Doerhoff's Eighth Amendment conditions of confinement claim against Director Payne is dismissed without prejudice.  The Court directs the Clerk to terminate Director Payne as a defendant.   The rest of Doerhoff's claims proceed.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_18 June 2026_